# U.S. District Court
# Southern District of New York (Foley Square)
# CIVIL DOCKET FOR CASE #: 1:24−cv−08479−JPO

Kloster v. Lilium N.V. et al  
Assigned to: Judge J. Paul Oetken  
Cause: 15:78m(a) Securities Exchange Act

Date Filed: 11/07/2024  
Jury Demand: Plaintiff  
Nature of Suit: 850 Securities/Commodities  
Jurisdiction: Federal Question

**Plaintiff**

**Markus Kloster**  
*individually and on behalf of all others similarly situated*

represented by **Rebecca Barbara Dawson**  
Glancy Prongay & Murray LLP  
1925 Century Park East  
Suite 2100  
Ste 2100  
Los Angeles, CA 90067  
310−201−9150  
Email: rdawson@glancylaw.com  
*ATTORNEY TO BE NOTICED*

V.

**Defendant**

**Lilium N.V.**

represented by **Adam Rosenfeld**  
Freshfields US LLP  
3 World Trade Center  
175 Greenwich Street  
New York, Ste 51st Floor  
New York, NY 10007  
212−277−4000  
Email: adam.rosenfeld@freshfields.com  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Klaus Roewe**

represented by **Adam Rosenfeld**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

**Defendant**

**Johan Malmqvist**

represented by **Adam Rosenfeld**  
(See above for address)  
*LEAD ATTORNEY*  
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
| --- | --- | --- |

| | | |
|---|---|---|
| 11/07/2024 | Ï 1 | COMPLAINT against Lilium N.V., Johan Malmqvist, Klaus Roewe. (Filing Fee $ 405.00, Receipt Number ANYSDC−30153886)Document filed by Markus Kloster..(Dawson, Rebecca) (Entered: 11/07/2024) |
| 11/07/2024 | Ï 2 | CIVIL COVER SHEET filed..(Dawson, Rebecca) (Entered: 11/07/2024) |
| 11/07/2024 | Ï 3 | **FILING ERROR – SUMMONS REQUEST PDF ERROR –** REQUEST FOR ISSUANCE OF SUMMONS as to LILIUM N.V., KLAUS ROEWE, and JOHAN MALMQVIST, re: 1 Complaint. Document filed by Markus Kloster..(Dawson, Rebecca) Modified on 11/8/2024 (jgo). (Entered: 11/07/2024) |
| 11/08/2024 | Ï | CASE OPENING INITIAL ASSIGNMENT NOTICE: The above−entitled action is assigned to Judge J. Paul Oetken. Please download and review the Individual Practices of the assigned District Judge, located at https://nysd.uscourts.gov/judges/district−judges. Attorneys are responsible for providing courtesy copies to judges where their Individual Practices require such. Please download and review the ECF Rules and Instructions, located at https://nysd.uscourts.gov/rules/ecf−related−instructions..(jgo) (Entered: 11/08/2024) |
| 11/08/2024 | Ï | Magistrate Judge Barbara C. Moses is designated to handle matters that may be referred in this case. Pursuant to 28 U.S.C. Section 636(c) and Fed. R. Civ. P. 73(b)(1) parties are notified that they may consent to proceed before a United States Magistrate Judge. Parties who wish to consent may access the necessary form at the following link: https://nysd.uscourts.gov/sites/default/files/2018−06/AO−3.pdf. (jgo) (Entered: 11/08/2024) |
| 11/08/2024 | Ï | Case Designated ECF. (jgo) (Entered: 11/08/2024) |
| 11/08/2024 | Ï | **\*\*\*NOTICE TO ATTORNEY REGARDING DEFICIENT REQUEST FOR ISSUANCE OF SUMMONS. Notice to Attorney Rebecca Barbara Dawson to RE−FILE Document No. 3 Request for Issuance of Summons,. The filing is deficient for the following reason(s): the PDF attached to the docket entry for the issuance of summons is not correct; party name listed on the PDF 'To' field contains a typographical error;. Re−file the document using the event type Request for Issuance of Summons found under the event list Service of Process − select the correct filer/filers − and attach the correct summons form PDF. (jgo)** (Entered: 11/08/2024) |
| 11/08/2024 | Ï 4 | REQUEST FOR ISSUANCE OF SUMMONS as to LILIUM N.V., KLAUS ROEWE, and JOHAN MALMQVIST, re: 1 Complaint. Document filed by Markus Kloster..(Dawson, Rebecca) (Entered: 11/08/2024) |
| 11/12/2024 | Ï 5 | ELECTRONIC SUMMONS ISSUED as to Lilium N.V., Johan Malmqvist, Klaus Roewe. (sj) (Entered: 11/12/2024) |
| 11/12/2024 | Ï 6 | ORDER: Initial Conference set for 2/6/2025 at 12:00 PM before Judge J. Paul Oetken. Counsel should call (888) 557−8511 at the scheduled time. The access code is 9300838. Counsel who appear at the pretrial conference must be authorized to negotiate terms of settlement. Members of the public may join but are instructed to place their phones on mute. SO ORDERED. (Signed by Judge J. Paul Oetken on 11/12/2024) (vfr) (Entered: 11/12/2024) |
| 11/14/2024 | Ï 7 | NOTICE OF APPEARANCE by Adam Rosenfeld on behalf of Lilium N.V., Klaus Roewe, Johan Malmqvist..(Rosenfeld, Adam) (Entered: 11/14/2024) |
| 11/14/2024 | Ï 8 | RULE 7.1 CORPORATE DISCLOSURE STATEMENT. Identifying Other Affiliate Tencent Holdings Limited for Lilium N.V.. Document filed by Lilium N.V...(Rosenfeld, Adam) (Entered: 11/14/2024) |
| 11/14/2024 | Ï 9 | PROPOSED STIPULATION AND ORDER. Document filed by Lilium N.V., Klaus Roewe, Johan Malmqvist..(Rosenfeld, Adam) (Entered: 11/14/2024) |
| 11/15/2024 | Ï 10 | |

| | JOINT STIPULATION AND ORDER REGARDING TRANSFERRING ACTION: IT IS HEREBY STIPULATED AND AGREED among the undersigned parties, and respectfully submitted for the Court's approval as follows: 1. All parties consent to the transfer of this action to the United States District Court for the Southern District of Florida, West Palm Beach Division. 2. In view of the consent of all parties, and given the facts as stipulated above, the above−captioned action shall be transferred to the United States District Court for the Southern District of Florida, West Palm Beach Division pursuant to 28 U.S.C. § 1404(a). Stipulated and agreed to on this 14th day of November 2024 by: The Clerk is directed to effectuate the transfer of this case to the Southern District of Florida forthwith and to close the case on this Court's docket. SO ORDERED this 15th day of November, 2024. (Signed by Judge J. Paul Oetken on 11/15/2024) (vfr) (Entered: 11/15/2024) |
|---|---|