**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No.  24-81428-CIV-SMITH**

|  |  |
|---|---|
| MARK KLOSTER, Individually and on Behalf Of All Others Similarly Situated,<br><br>      Plaintiff,<br><br>  v.<br><br>LILIUM N.V., KLAUS ROEWE, and JOHAN MALMQVIST,<br><br>      Defendants. | <u>CLASS ACTION</u> |

**DECLARATION OF LAWRENCE P. EAGEL IN SUPPORT**
**OF TLP ONE LLC'S MEMORANDUM OF LAW IN REPLY TO**
<u>**COMPETING MOTION FOR APPOINTMENT AS LEAD PLAINTIFF**</u>

I, Lawrence P. Eagel, pursuant to 28 U.S.C. §1746, hereby declare as follows:

1.      I am a partner and shareholder in the law firm Bragar Eagel & Squire, P.C., counsel for TLP One LLC ("TLP") and proposed lead counsel for the class.

2.      I respectfully submit this declaration in support of TLP's Memorandum of Law in Reply to Competing Motion for Appointment as Lead Plaintiff in the above-captioned action.

3.      Attached hereto are true and correct copies of the following exhibits:

Exhibit A:      Amended Certification Pursuant to the Federal Securities Laws and Schedule A;

Exhibit B:      Declaration in Support of the Motion of TLP One LLC for Appointment as Lead Plaintiff and Approval of Selection of Counsel; and

Exhibit C:      Revised Loss Chart.

I declare under penalty of perjury under the laws of the United States of America that the foregoing facts are true and correct.  Executed this 28th day of January, 2025.

/s/ *Lawrence P. Eagel*
Lawrence P. Eagel

1