# EXHIBIT A

**AMENDED CERTIFICATION PURSUANT TO
THE FEDERAL SECURITIES LAWS**

I, the undersigned Jamie Lissette, on behalf of TLP One LLC ("Plaintiff/Movant"), certify that:

1.     I am the Managing Member and sole member of TLP One LLC ("TLP") and have full authority to act on behalf of TLP.  TLP is a Wyoming LLC serving as a private investment vehicle.

2.     I am a resident of Southport, Connecticut, and I am currently employed as President of PopUp Bagels.  I graduated from George Washington University and am a Wharton Alumnus, having completed the Advanced Management Program.  I have over twenty-five years of investing experience.

3.     I have reviewed the complaint in this action and have authorized the filing of a Lead Plaintiff motion on TLP's behalf.

4.     TLP did not purchase the securities that are the subject of this action at the direction of counsel or in order to participate in any action arising under the federal securities laws.

5.     I, on behalf of TLP, want to serve as a lead plaintiff and representative party on behalf of the Class, including providing testimony at deposition and trial.  I, on behalf of TLP, fully understand the duties and responsibilities of the lead plaintiff under the Private Securities Litigation Reform Act, including the selection and retention of counsel and overseeing the prosecution of the action for the Class.

6.     Attached hereto as Schedule A is a complete listing of all of TLP's Lilium N.V. (NASDAQ: LILM) transactions during the Class Period.

7.     TLP has not served as a representative party on behalf of a class under this title during the last three years.

1

8.     I, on behalf of TLP, will not accept any payment for serving as a representative party on behalf of the Class beyond its pro rata share of any recovery, except such reasonable costs and expenses directly relating to the representation of the Class, as ordered or approved by the Court.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated:  Jan 28, 2025

jamie_lissette (Jan 28, 2025 15:28 EST)
Jamie Lissette, on behalf of
TLP One LLC

2

## SCHEDULE A

Class Period Transactions of TLP One LLC in Lilium N.V. (NASDAQ: LILM) securities.

| Date | Transaction | Quantity | Price |
|---|---|---|---|
| 7/15/2024 | Purchase | 35,381.00 | $0.9440 |
| 8/6/2024 | Purchase | 81,819.00 | $0.7971 |
| 10/17/2024 | Purchase | 200,000.00 | $0.5686 |
| 10/18/2024 | Purchase | 432,000.00 | $0.5009 |
| 10/24/2024 | Purchase | 25,000.00 | $0.4400 |
| 10/24/2024 | Sale | 1,738,819.00 | $0.2393 |