# EXHIBIT B

**DECLARATION IN SUPPORT OF THE
MOTION OF TLP ONE LLC FOR APPOINTMENT AS
LEAD PLAINTIFF AND APPROVAL OF SELECTION OF COUNSEL**

I, Jamie Lissette, the undersigned, pursuant to 28 U.S.C. § 1746, declare as follows:

1.       I, Jamie Lissette, respectfully submit this Declaration in support of TLP One LLC's Motion for Appointment as Lead Plaintiff and Approval of Selection of Counsel (the "Declaration"). I have personal knowledge about the information contained in this Declaration with regard to TLP One LLC ("TLP") and myself.

2.       I am the sole member and Managing Member of TLP and am authorized to make this Declaration on behalf of TLP. As the sole member and Managing Member of TLP, I have the right and power to, *inter alia*, manage its investments, retain legal counsel, and pursue claims and rights arising out of TLP's ownership interests in its assets.

3.       TLP is a Wyoming LLC formed in December 2020. TLP is a pass-through entity and does not file a separate tax return separate from myself.[1] TLP serves as a private investment vehicle for the benefit of myself and my family.

4.       I am a resident of Southport, Connecticut, and I am currently employed as President of PopUp Bagels. I graduated from George Washington University and am a Wharton Alumnus, having completed the Advanced Management Program. I have over twenty-five years of investing experience.

5.       TLP, as reflected in the Amended Certification, purchased Lilium N.V. ("Lilium") securities during the Class Period and suffered a substantial loss as a result of the violations of the federal securities laws alleged in this action. I, as TLP's Managing Member, am motivated

---

[1] As TLP is passed through my personal tax return, both TLP's Lilium shares and shares held through my IRA were included on the Schedule A filed with TLP's original certification. TLP is submitting herewith an Amended Certification making clear that it is the sole movant, although operated by and through myself, which eliminates shares otherwise owned by me.

to recover this loss for TLP's benefit and the benefit of all members of the Class.

6.      I, as TLP's Managing Member, believe that the allegations against Lilium are meritorious. After discussing the allegations against Lilium, the procedural background of the action, the process of appointing a lead plaintiff in cases such as this, and attorneys' fees, I, on TLP's behalf, decided to seek appointment as lead plaintiff and retained Bragar Eagel & Squire, P.C. ("BES") to move for lead plaintiff in the action.

7.      I, on behalf of TLP, am informed of and understand the requirements of serving as lead plaintiff pursuant to the Private Securities Litigation Reform Act of 1995.  I, on behalf of TLP, understand that, if appointed, TLP would owe a fiduciary duty to the Class to provide effective representation and to ensure that lead counsel effectively litigates the action. I, on behalf of TLP, understand that if TLP is appointed as lead plaintiff, it will owe a duty to the putative Class to provide fair and adequate representation, oversee counsel, and obtain the largest possible recovery against all culpable parties consistent with good faith and vigorous advocacy.

8.      TLP selects BES to serve as lead counsel on behalf of the Class and I, on behalf of TLP, believe BES has the experience and ability to effectively and expeditiously bring the action to a close and achieve a strong recovery on behalf of the Class. I am familiar with the experience, resources, and successes of our proposed lead counsel, BES. I am well aware that BES is an accomplished law firm with a history of achieving significant settlements and corporate governance reforms with defendants. Indeed, I believe that the firm's prior experience of effectively litigating complex class action lawsuits will provide comfort that the proposed Class will receive the best possible representation. I also believe that BES will vigorously prosecute this action in a cost-effective manner and in the best interests of all members of the putative Class.

9.      As Managing Member of TLP, it is my goal to resolve this action in an expeditious manner that is fair to all members of the Class.  Through supervision of my chosen counsel, BES, TLP will ensure that the action is prosecuted for the benefit of the Class in an efficient and effective manner.  In that regard, I will direct BES to prosecute the action in such a way to achieve a fair result for all members of the Class.

10.      As Managing Member of TLP, I have also directed counsel to keep me informed of any developments in the action—including any developments in the lead plaintiff proceedings. To this end, I, on behalf of TLP, will continue to direct counsel and oversee the prosecution of this action for the benefit of the Class by, *inter alia*, reviewing pleadings, orders, and motion papers and conferring with BES regarding litigation strategy.  Further, as the Managing Member of TLP, I will make myself available to personally travel for any appearances, depositions, settlement hearings, and other necessary meetings to facilitate the prosecution of this action. TLP's main goal is obtaining the largest recovery possible for the Class.

I, Jamie Lissette, on behalf of TLP One LLC declare, pursuant to 28 U.S.C. § 1746, under the penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed this __28__ day of January, 2025.

_____
jamie lissette (Jan 28, 2025 15:28 EST)
Jamie Lissette
Managing Member of TLP One LLC