# EXHIBIT C

**REVISED LOSS CHART**
**Lilium N.V.**

| | |
|---|---|
| Company Name | Lilium N.V. |
| Ticker Symbol | LILM |
| Security Type | Common Stock; Options |
| Class Period Start | 06/11/2024 |
| Class Period End | 11/03/2024 |
| 90-DAY Lookback Period Start | 11/04/2024 |
| 90-DAY Lookback Period End | 01/03/2025 |
| 90-DAY Lookback Average | $0.13 |

| Movant | Loss |
|---|---|
| TLP One LLC | ($254,460.33) |
| **Total Loss** | **($254,460.33)** |

| Client Name | TLP One LLC |
|---|---|
| Company Name | Lilium N.V. |
| Ticker Symbol | LILM |
| Security Type | Common Stock; Options |
| Class Period Start | 06/11/2024 |
| Class Period End | 11/03/2024 |
| 90-DAY Lookback Period Start | 11/04/2024 |
| 90-DAY Lookback Period End | 01/03/2025 |
| 90-DAY Lookback Average | $0.13 |
| Pre Class Period Holdings - Common Stock | 964,619 |
| Pre Class Period Holdings - Options | 200 |

| SUMMARY OF FINANCIAL INTEREST | |
|---|---|
| LIFO Loss Total | ($254,460.33) |
| Net Shares Retained | 0.00 |

**Common Stock**

| Date | Quantity | Purchase Price | Total Expenditure | Sale Price | Total Proceeds | Balance |
|---|---|---|---|---|---|---|
| 7/15/2024 | 35,381 | $0.9440 | ($33,399.66) | | | ($33,399.66) |
| 8/6/2024 | 81,819 | $0.7971 | ($65,217.92) | | | ($98,617.59) |
| 10/17/2024 | 200,000 | $0.5686 | ($113,720.00) | | | ($212,337.59) |
| 10/18/2024 | 432,000 | $0.5009 | ($216,388.80) | | | ($428,726.39) |
| 10/24/2024 | 25,000 | $0.4400 | ($11,000.00) | | | ($439,726.39) |
| 10/24/2024 | -774,200 | | | $0.2393 | $185,266.06 | ($254,460.33) |
| 10/24/2024 | -964,619 | | | $0.2393 | Matched to Pre-Class Period Purchases | |
| **Retained Shares** | 0 | | | | **Subtotal** | ($254,460.33) |
| | | | | | **Retained Share Value** | $0.00 |
| | | | | | **Total** | ($254,460.33) |

**Options**

| Date | Transaction Type | Quantity | Security | Price | Total Proceeds |
|---|---|---|---|---|---|
| 7/19/2024 | Expired | -200 | LILM CALL 7/19/2024 $1.00 | | Matched to Pre-Class Period Purchases |
| **Retained Shares** | | 0 | | **Subtotal** | $0.00 |
| | | | | **Retained Share Value** | $0.00 |
| | | | | **Total** | $0.00 |