**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-81428-CIV-SMITH**

MARKUS KLOSTER, Individually and on Behalf of All Others Similarly Situated,

   Plaintiff,

  v.

LILIUM N.V., KLAUS ROEWE, and JOHAN MALMQVIST,

   Defendants.

## <u>MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT</u>

Lead Plaintiff TLP One LLC ("Lead Plaintiff"), hereby moves the Court for a two-week extension of time, from April 3, 2026, to April 17, 2026, to file an Amended Complaint that addresses the matters raised in this Court's March 27, 2026, Order (ECF 74), granting defendants' motion to dismiss, and states as follows:

1. The current deadline to file an Amended Complaint is April 3, 2026.

2. Lead Counsel in this action has several previously scheduled professional commitments this week, and has plans to travel to Charleston, South Carolina on Thursday and Friday. The Passover holiday begins on Wednesday evening, April 1, and Friday, April 3, is Good Friday. As a result, certain of Lead Counsel's staff will not be working on one or more days during this period. Finally, a member of Lead Counsel's litigation team is also addressing a health issue this week.

3.      Lead Counsel reached out to counsel for Defendants on Friday, March 27, 2026, and asked for Defendants' consent to this motion.  Counsel for Defendants stated he was conferring with his clients but has not yet responded to our request

4.      This request is not filed for the purposes of delay, and will not cause prejudice to any party.

**WHEREFORE,** for the foregoing reasons, Lead Counsel respectfully requests that Lead Plaintiff be granted a two-week extension until April 17, 2026, to file an Amended Complaint.

## LOCAL RULE 7.1 CERTIFICATE OF GOOD FAITH CONFERENCE

Pursuant to Local Rule 7.1(a)(3), Lead Counsel has made reasonable efforts to confer with counsel for Defendants via email on March 27, 2026, at 8:39 a.m. and 11:55 a.m.  Counsel for Defendants stated he was conferring with his clients but has not taken a position on the relief sought in this motion at the time of this filing.

Dated:  March 30, 2026

Respectfully submitted,

**LEVINE KELLOGG LEHMAN SCHNEIDER + GROSSMAN LLP**

*/s/ Victoria J. Wilson*
JEFFREY C. SCHNEIDER (Fla. Bar No. 933244)
Email: jcs@lklsg.com
Secondary: ph@lklsg.com
VICTORIA J. WILSON (Florida Bar No. 92157)
Primary: vjw@lklsg.com
Secondary: rm@lklsg.com
Miami Tower
100 SE 2nd Street, 36th Floor
Miami, FL 33131
Telephone: (305) 403-8788
Facsimile: (305) 403-8789

**BRAGAR EAGEL & SQUIRE, P.C.**

LAWRENCE P. EAGEL (admitted *pro hac vice*)
MARION C. PASSMORE (*pro hac vice* forthcoming)
810 Seventh Avenue, Suite 620
New York, NY 10019
Telephone: (212) 308-5858
Facsimile: (212) 214-0506
eagel@bespc.com
passmore@bespc.com

*Attorneys for Lead Plaintiff TLP One LLC*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on March 30, 2026, a true and correct copy of the foregoing

was filed via CM/ECF and served upon parties registered with CM/ECF in this case.

By: */s/Victoria J. Wilson*

3