**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**Case No. 24-81428-CIV-SMITH**

MARKUS KLOSTER, Individually and on Behalf
of All Others Similarly Situated,

        Plaintiff,

    v.

LILIUM N.V., KLAUS ROEWE, and JOHAN
MALMQVIST,

        Defendants.

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION**
**FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT**

THIS CAUSE came before the Court on Plaintiff's Motion for Extension of Time to File

Amended Complaint (the "Motion").  The Court, having considered the Motion and being fully

apprised in the premises, hereby **ORDERS** and **ADJUDGES** as follows:

1. The Motion is **GRANTED**.

2. Plaintiff has through and including April 17, 2026, to file an Amended Complaint.

**DONE AND ORDERED** in Chambers in Broward County, Florida, this ___ day of

_____, 2026.

_____
HON. RODNEY SMITH
United States District Court Judge

Copies furnished to: All Counsel of Record