# UNITED STATES DISTRICT COURT FOR THE
## SOUTHERN DISTRICT OF FLORIDA

### Case No. 24-81428-CIV-SMITH

MARKUS KLOSTER, Individually and on Behalf of All Others Similarly Situated,

        Plaintiff,

      v.

LILIUM N.V., KLAUS ROEWE, and JOHAN MALMQVIST,

        Defendants.

## DEFENDANTS' RESPONSE TO PLAINTIFF'S MOTION FOR EXTENSION OF TIME TO FILE AMENDED COMPLAINT

Of course deferring to the Court's schedule and case management preferences, Defendants do not believe a two-week extension is warranted to file an amended complaint. The Court has given Plaintiff leave to amend with respect to a narrow set of allegations (ECF 74 at 20). Those allegations concern events a year and half old, which, presumably, Plaintiff has already investigated prior to filing the present lawsuit. To re-plead those narrow claims should not take three weeks. To the extent Plaintiff's Counsel requires a short extension to accommodate their travel schedule, Defendants do not object to a three-day extension.

Dated: March 30, 2026        Respectfully submitted,

                               */s/ Patrick Dorsey*
                               Patrick Dorsey
                               Roger Franks (admitted *pro hac vice*)
                               Bradley S. Shraiberg (Fla. Bar No. 121622)
                               Patrick Dorsey (Fla. Bar No. 0085841)

                               **SHRAIBERG PAGE P.A.**
                               2385 NW Executive Center Dr Ste 300
                               Boca Raton, FL 33431-8530
                               (561) 443-0800
                               bss@slp.law
                               pdorsey@slp.law

- 2 -

Doru Gavril (admitted *pro hac vice*)
Boris Feldman (admitted *pro hac vice*)
Carl P. Hudson (admitted *pro hac vice*)
**FRESHFIELDS US LLP**
855 Main Street
Redwood City, CA
(650) 618-9250
doru.gavril@freshfields.com
boris.feldman@freshfields.com
carl.hudson@freshfields.com

Adam Rosenfeld (admitted *pro hac vice*)
**FRESHFIELDS US LLP**
3 World Trade Center
175 Greenwich Street, 51st Floor
New York, NY 10007
(212) 277-4000
adam.rosenfeld@freshfields.com

*Attorneys for Defendant*

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished via Notice of Electronic Filing by CM/ECF to all parties registered to receive such service in this case on 30th day of March 2026.

    */s/ Patrick Dorsey*
Patrick Dorsey